UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL** **JS-6**

Case No. 2:23cv05225 CAS Date: August 12, 2026

Title *UNITED STATES OF AMERICA v. KEVIN WILLIAM DURNELL*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS)**

The above-referenced action should have been closed on entry dated November 30, 2023, by entry of this Court's order [37]. Make JS-6.

00:00

**Initials of Preparer** CMJ